**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| WESTPORT INSURANCE CORPORATION, )<br><br>)<br><br>Plaintiff,  )<br><br>)<br>vs.  )<br><br>)<br>JONATHAN P. COHEN, PA , )<br>JONATHAN COHEN, ALLIED WORLD )<br>INSURANCE COMPANY, ALLIED )<br>WORLD SPECIALTY INSURANCE )<br>COMPANY, ALLIED WORLD )<br>NATIONAL ASSURANCE COMPANY, )<br>and UNITED STATES FIRE )<br>INSURANCE COMPANY )<br><br>)<br>Defendants.  )<br>_____ ) | Civil Action No.:  21-cv-62495-AHS |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

Plaintiff, Westport Insurance Corporation ("Westport"), by its undersigned counsel,

submits the following corporate disclosure statement under Federal Rule of Civil Procedure 7.1:

1.      Westport Insurance Corporation is wholly owned by SR Corporate Solutions

America Holding Corporation. SR Corporate Solutions America Holding Corporation is wholly

owned by Swiss Re Corporate Solutions Ltd. Swiss Re Corporate Solutions Ltd. is wholly owned

by Swiss Re Ltd., a publicly traded company listed in accordance with the International

Reporting Standard on the SIX Swiss Exchange.

2.      No publicly traded company owns 10% or more of the stock of Swiss Re Ltd.

Civil Action No.:  21-cv-62495-AHS

Dated: December 16, 2021                          Respectfully submitted,


By:      /s/ Jose I. Rojas
Jose I. Rojas
Florida Bar No. 331546
Direct Tel.: (305) 206-3581
Email: jrojas@rojaslawfirm.com
Alexander F. Rojas
Florida Bar No. 124232
Email: arojas@rojaslawfirm.com
ROJASLAW
201 S. Biscayne Blvd., 28th Floor
Miami, FL 33131
Tel.: (305) 446-4000
*Counsel for Plaintiff*