IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| WESTPORT INSURANCE CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Civil Action No.: 21-cv-62495-AHS |
| JONATHAN P. COHEN, PA , JONATHAN COHEN, ALLIED WORLD INSURANCE COMPANY, ALLIED WORLD SPECIALTY INSURANCE COMPANY, ALLIED WORLD NATIONAL ASSURANCE COMPANY, and UNITED STATES FIRE INSURANCE COMPANY | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to the Court's December 17, 2021 Order [D.E. 8] and Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff, WESTPORT INSURANCE CORPORATION, respectfully submits the following list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including all subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party:

1. Plaintiff, Westport Insurance Corporation.

2. Defendants, Jonathan P. Cohen, PA, Jonathan Cohen, Allied World Insurance Company, Allied World Specialty Insurance Company, Allied World National Assurance Company, and United States Fire Insurance Company.

3. RojasLaw, counsel for Plaintiff.

Civil Action No.: 21-cv-62495-AHS

4. Jose I. Rojas, RojasLaw, counsel for Plaintiff.

5. Alexander F. Rojas, RojasLaw, counsel for Plaintiff.

6. Walker Wilcox Matousek LLC, *pro hac vice* counsel for Plaintiff.

7. Joyce F. Noyes, Walker Wilcox Matousek LLC, *pro hac vice* counsel for Plaintiff.

8. Alla Cherkassky Galati, Walker Wilcox Matousek LLC, *pro hac vice* counsel for Plaintiff.

Dated: December 20, 2021

Respectfully submitted,

By:  /s/ Jose I. Rojas
Jose I. Rojas
Florida Bar No. 331546
Direct Tel.: (305) 206-3581
Email: jrojas@rojaslawfirm.com
Alexander F. Rojas
Florida Bar No. 124232
Email: arojas@rojaslawfirm.com
ROJASLAW
201 S. Biscayne Blvd., 28th Floor
Miami, FL 33131
Tel.: (305) 446-4000
*Counsel for Plaintiff*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 20, 2021, I electronically filed the foregoing document with the Clerk of Court via CM/ECF.

By:  /s/ Jose I. Rojas
Jose I. Rojas